UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET BRADFORD, ) | 1: 04 CV F 6031 AWI DLB P |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. ) | |
| DEPARTMENT OF CORRECTIONS, et. al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On May 5, 2005, the Court issued an Order finding that the amended complaint stated cognizable claims against defendants Suryadevera, Hodgdon, Schoonard and Paine but failed to state claims against the remaining defendants. The Court ordered plaintiff to advise whether she wanted to proceed against these defendants only or wanted to file a second amended complaint. On July 25, 2005, plaintiff advised that she wanted to proceed against defendants Suryadevera, Hodgdon, Schoonard and Paine only and did not want to file a second

amended complaint. Accordingly, IT IS HEREBY ORDERED that:

    1. Service is appropriate for defendants Suryadevera, Hodgdon, Schoonard and Paine.

    2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summons, an instruction sheet and a copy of the amended complaint filed February 18, 2005.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

        a. Completed summons;

        b. One completed USM-285 form for each defendant listed above; and

        c. Five (5) copies of the endorsed amended complaint filed February 18, 2005.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

    IT IS SO ORDERED.

**Dated:   July 27, 2005**                            **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE