# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGET BRADFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, et. al.,<br><br>        Defendants. | 1: 04 CV F 6031 AWI DLB P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION<br>[12] |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On May 5, 2005, the Court entered an Order finding that plaintiff's amended complaint stated cognizable claims against defendants Suryadevera, Hodgdon, Schoonard and Paine but failed to state cognizable claims against the other defendants. The Court ordered plaintiff to either file an amended complaint within 30 days or notify the Court that she wanted to proceed against defendants Suryadevera, Hodgdon, Schoonard and Paine only. On July 14, 2005, after not receiving a response from plaintiff, the Court entered Findings and

1 Recommendations recommending that the action be dismissed for failure to obey the Court's order.
2 On July 25, 2005, the Court received a response from plaintiff advising that she wanted to proceed
3 against defendants Suryadevera, Hodgdon, Schoonard and Paine only and that she did not want to
4 file an amended complaint. The response was dated May 21, 2005. It appears that plaintiff did
5 attempt to respond to the Court's order in a timely fashion. Therefore, the Findings and
6 Recommendation issued July 14, 2005 are HEREBY VACATED. By separate Order, the Court will
7 direct plaintiff to submit the necessary documents for service on defendants Suryadevera, Hodgdon,
8 Schoonard and Paine and recommend that the remaining defendants be dismissed from this action.

IT IS SO ORDERED.

**Dated:   July 27, 2005**          **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE