UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIDGET BRADFORD, | ) | 1: 04 CV F 6031 AWI DLB P |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATIONS RE PLAINTIFF'S MOTION FOR SPEEDY REMOVAL |
| v. | ) | |
| DEPARTMENT OF CORRECTIONS, et. al., | ) | [DOC # 25] |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On October 21, 2005, plainitff filed a motion for "speedy removal" seeking a transfer from Chowchilla Women's Facility to Valley State Prison for the preservation of her health and safety.

"A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court."  <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719, 727 (9th Cir. 1985)

1  (emphasis added).  Further, "a preliminary injunction is an extraordinary and drastic remedy, one that
2  should not be granted unless the movant, *by a clear showing*, carries the burden of persuasion."
3  Mazurek v. Armstrong, 520 U.S. 968, 972 (1997) (quotations and citations omitted) (emphasis in
4  original).

5  Plaintiff is not entitled to preliminary injunctive relief until such time as the named
6  defendants have been served with the summons and complaint.  At this juncture, plaintiffs' motion
7  for preliminary injunctive relief is premature.  Plaintiff may file another motion for preliminary
8  injunctive relief at a later stage.  Plaintiff is cautioned that any further motions for preliminary
9  injunctive relief that are filed before defendants are served with process in this case will be denied as
10 premature.

11 Further, Plaintiff's conclusory request for a transfer order is insufficient to support a motion
12 for preliminary injunctive relief.  Although plaintiff submits her motion in the form of a declaration,
13 her declaration does not support a finding that plaintiff is entitled to preliminary injunctive relief.
14 Accordingly, it is HEREBY RECOMMENDED that plaintiff's motion for preliminary injunctive
15 relief, filed October 21, 2005, be denied.

16 These Findings and Recommendations will be submitted to the United States District Judge
17 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**
18 **days** after being served with these Findings and Recommendations, plaintiff may file written
19 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
20 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
21 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d
22 1153 (9th Cir. 1991).

23 IT IS SO ORDERED.

24 **Dated:   October 27, 2005**          **/s/ Dennis L. Beck**
   3b142a                                 UNITED STATES MAGISTRATE JUDGE