1

2

3

4

5

6

7

8

9

10

11

12

13

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | BRIDGET BRADFORD,                          ) | 1: 04 CV F 6031 AWI DLB P |
| 15 | Plaintiff,              ) | ORDER RE PLAINTIFF'S MOTION |
| 16 | v.                          ) | FOR PROOF OF SERVICE OF<br>DEFENDANTS AND EXTENSION TO |
| 17 | DEPARTMENT OF CORRECTIONS,   )<br>et. al.,                          ) | FILE OBJECTIONS TO FINDINGS<br>AND RECOMMENDATIONS<br>[DOC 29] |
| 18 | )<br>Defendants.              ) | |
| 19 | _____) | |

20

21

22

23

24

25

26

27

28

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On December 1, 2005, plaintiff filed a request for information regarding the status of service of the summons and complaint on defendants.  Plaintiff is advised that the Court issued an Order on October 28, 2005 directing the Untied States Marshal to serve defendants.  A copy of that order was served on plaintiff on the same day.  Plaintiff will receive a copy of the proof of service after defendants are served.

Plaintiff also requests an extension of time to filed objections to the Court's recommendation

1   issued October 27, 2005 recommending that plaintiff's motion for preliminary injunction be denied.

2   Plaintiff's request is GRANTED.  Plaintiff is granted 30 days from service of this order to file

3   objections to the recommendation issued October 27, 2005.

4          IT IS SO ORDERED.

5      **Dated:    December 2, 2005**              **/s/ Dennis L. Beck**

    3c0hj8                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28