IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIDGETT BRADFORD,**<br><br>                                                  Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                                                  Defendants. | 1:04-CV-06031 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**ORDER**

Defendants' first request for an extension of time to file their response to Inmate Bradford's complaint was considered by this Court, and good cause appearing,

**IT IS ORDERED** that, from the date this order is served, Defendants have 30 days to file and serve their response to Inmate Bradford's complaint.

IT IS SO ORDERED.

04pc6031.ext.bradford.wpd

**Dated:      January 12, 2006**                         **/s/ Dennis L. Beck**
3c0hj8                                                                       UNITED STATES MAGISTRATE JUDGE