IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETT BRADFORD,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　　　　　　Defendants. | 1:04-CV-06031 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**ORDER**

Defendants' second request for an extension of time to file their response to Inmate Bradford's complaint was considered by this Court, and good cause appearing,

**IT IS ORDERED** that, from the date this order is served, Defendants have 30 days to file and serve their response to Inmate Bradford's complaint.

IT IS SO ORDERED.

　**Dated:　February 12, 2006**　　　　　　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE