1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT FOR THE**
9               **EASTERN DISTRICT OF CALIFORNIA**
10
11   **BRIDGETT BRADFORD,**              )   **CV-F-04-6031 AWI DLB P**
                                         )
12              **Plaintiff**,            )   **ORDER ADOPTING FINDINGS AND**
                                         )   **RECOMMENDATIONS**
13                                       )
         **v.**                          )   **ORDER DENYING PLAINTIFF'S**
14                                       )   **MOTIONS FOR SPEEDY REMOVAL,**
                                         )   **WHICH HAVE BEEN CONSTRUED**
15   **G. SCHOONARD, et al.,**           )   **AS REQUESTS FOR PRELIMINARY**
                                         )   **INJUNCTIVE RELIEF**
16              **Defendants**.          )
     _____    )   [Doc. #25 & #39]
17
18
19        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

20   U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On September 6, 2006, 2006, the Magistrate Judge filed a Findings and

23   Recommendations that recommended Plaintiff's motions for speedy removal, which have been

24   construed as requests for injunctive relief, be denied.   The Findings and Recommendations

25   contained notice that any objections to the Findings and Recommendations were to be filed

26   within fifteen days.   Over fifteen days have passed and Plaintiff did not file objections to the

27   Findings and Recommendations.

28        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305,

this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file,
the court finds the Findings and Recommendations to be supported by the record and by proper
analysis.    As explained by the Magistrate Judge, the court is unable to issue any order against
individuals who are not parties to a suit pending before it.  <u>Zenith Radio Corp. v. Hazeltine</u>
<u>Research, Inc.</u>, 395 U.S. 100 (1969).   As such, the court cannot order Plaintiff moved to a
different prison.

      Accordingly, the court ORDERS that:

1.     The Findings and Recommendations filed on September 6, 2006 are ADOPTED in full;
     and

2.     Plaintiff's motions for speedy removal, which have been construed as requests for
     preliminary injunctive relief, (Documents #25 & #39) are DENIED.

IT IS SO ORDERED.

**Dated:    September 27, 2006**            _____/s/ Anthony W. Ishii_____
0m8i78                                                                    UNITED STATES DISTRICT JUDGE