# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETT BRADFORD, | 1:04-cv-06031-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| vs. | **ORDER GRANTING MOTION TO DISMISS** |
| DEPARTMENT OF CORRECTIONS, et al, | |
| Defendants. | **ORDER DENYING MOTION TO EXTEND TIME AS MOOT** |
| / | **(Document #48 and #50)** |

Plaintiff Bridgett Bradfor ("Plaintiff") is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 12, 2007, the Magistrate Judge filed a Findings and Recommendations that recommended Defendants' motion to dismiss certain claims as not being administratively exhausted prior to filing suit be granted and the complaint proceed only on the Eigth Amendment and retaliation claims against Defendant Suryadvara.   The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed by March 26, 2007.   No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper

1

analysis.

In reviewing the docket, it appears that a motion filed by Plaintiff on April 4, 2006 has never been formally ruled on by the court. This motion appears to request more time to do various actions in this case. Given that the motion is unclear and appears to address a need for more time that was required almost one year ago, the court will deny this motion as moot at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 12, 2007, are ADOPTED IN FULL

2. Defendants' motion to dismiss (Document #48) is GRANTED;

3. Plaintiff's April 4, 2006 motion (Document #50) is DENIED as moot;

4. Plaintiff's claims against Defendants Hodgdon, Schoonard and Paine are DISMISSED without prejudice, based on Plaintiff's failure to exhaust;

5. This action shall proceed on Plaintiff's Eighth Amendment and retaliation claims against Defendant Suryadevara; and

6. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   March 27, 2007**                             **/s/ Anthony W. Ishii**
0m8i78                                                                  UNITED STATES DISTRICT JUDGE