IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIDGETT BRADFORD,**<br><br>                              Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                              Defendants. | 1:04-CV-06031 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE DISPOSITIVE MOTION** |

Defendants' first request for an extension of time to file their response to Inmate Bradford's complaint was considered by this Court, and good cause appearing,

**IT IS ORDERED** that Defendants have until March 20, 2008, to file and serve their dispositive motion in this matter.

IT IS SO ORDERED.

Dated:   **February 20, 2008**                         **/s/ Dennis L. Beck**

[Proposed] Order Granting Defendants' First Request For Extension Of Time To File and Serve Dispositive Motion

1

| | |
|---|---|
| 1 | UNITED STATES MAGISTRATE JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |