1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

BRIDGETT BRADFORD,                              CASE NO. 1:04-CV-06031-AWI DLB-P

10                     Plaintiff,              ORDER REQUIRING PLAINTIFF TO FILE AN
                                               OPPOSITION OR STATEMENT OF NON-
11          v.                                 OPPOSITION TO DEFENDANTS' MOTION
                                               FOR SUMMARY JUDGMENT
12   DEPARTMENT OF CORRECTIONS, et al.,

13                     Defendants.

14   _____/

15

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil action

17   pursuant to 42 U.S.C. § 1983 and California law.  On March 20, 2008, defendants filed a motion for

18   summary judgment.  More than twenty one days have passed and plaintiff has not filed an opposition

19   or a statement of non-opposition.  Local Rule 78-230(m).

20          Plaintiff is required to respond to defendants' motion within **thirty (30) days** from the date

21   of service of this order by filing  an opposition or a statement of non-opposition.  If plaintiff fails to

22   file a response to defendants' motion, the Court will recommend that this action be dismissed, with

23   prejudice, for failure to obey a court order and failure to prosecute.

24

25          IT IS SO ORDERED.

26       Dated:   **May 5, 2008**              _____/s/ **Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE
27

28

1