IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETT BRADFORD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SURYADEVERA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-06031 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CASE FOR FAILURE TO OBEY COURT ORDER<br><br>ORDER DENYING MOTIONS AS MOOT<br>[Doc. 69] |

　　　　Plaintiff Bridgett Bradford ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On September 5, 2008, the Magistrate Judge filed a Findings and Recommendations recommending that this action be dismissed for plaintiff's failure to obey a court order and for failure to prosecute. (Doc. 69). The Findings and Recommendations was served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties did not file timely objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1 | The Court is mindful that plaintiff may not be able to read or write and must rely on other
2 | inmates to assist her. (Doc. 67.) However, plaintiff filed this action and must prosecute it. On July 2,
3 | 2008, plaintiff was ordered to file a response to defendants' motion for summary judgment within thirty
4 | days. To date, Plaintiff still has not filed a response to defendants' motion. The record supports
5 | dismissal of this action. The dismissal shall be without prejudice, however.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 5, 2008, is adopted in full;
2. This action is dismissed, without prejudice, based on plaintiff's failure to obey the Court's order of July 2, 2008, and for failure to prosecute;
3. All pending motions are DENIED as moot; and
4. The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   November 7, 2008**           **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE